# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Luis Armando AGUILAR-Sanchez,<br><br>　　　　　Defendant. | Case No.　23-mj-08818-LR<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C., Section 1324(a)(1)(A)(ii)<br>Transportation of Illegal Aliens (Felony) |

The undersigned complainant being duly sworn states:

On or about October 29, 2023, within the Southern District of California, defendant Luis Armando AGUILAR-Sanchez, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, Jorge Luis ARELLANES-Quintero and Martha PEREZ-Mendez, had come to, entered or remained in the United States in violation of law, did transport or move, or attempt to transport or move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324.

And the complainant states this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

_____
MIGUEL FLORES
BORDER PATROL AGENT

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 30th day of October, 2023.

_____
HON. LUPE RODRIGUEZ, JR
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Luis Armando AGUILAR-Sanchez

## STATEMENT OF FACTS

This Complaint and Statement of Facts are based upon statements in the investigative report by Border Patrol Agent (BPA) L. Heipt that on October 29, 2023, Luis Armando AGUILAR-Sanchez (AGUILAR), a citizen of Mexico, was arrested near Calexico, California while transporting two undocumented aliens in violation of Title 8, United States Code, Section 1324.

On October 29, 2023, the El Centro Sector Intelligence Agents assigned to the Anti-Smuggling Unit (ASU) were conducting surveillance operations near Winterhaven, California. At approximately 2:30 p.m., Border Patrol Agent-Intelligence (BPA-I) A. Botello was travelling through the parking lot of the Quechan Casino. While travelling through the parking lot Casino, BPA-I Botello observed a dark gray Hyundai Santa Fe bearing California license plates and immediately recognized the vehicle from a prior investigation. After observing the Hyundai, BPA-I Botello notified additional ASU Agents, as well as Calexico BPAs, of his observation and initiated surveillance on the Hyundai. Thereafter, BPA-I Botello observed the Hyundai as it drove out of the parking lot onto the westbound lanes of Interstate 8.

BPA-I Botello kept constant visual of the Hyundai as it travelled westbound on Interstate 8 towards Calexico. After passing the Agricultural Checkpoint, BPA-I Botello observed the Hyundai drastically reduce its speed to approximately 50 miles per hour.

BPA-I Botello continued to monitor the Hyundai from a distance and watched as it slowed down, pulled over, and came to a complete stop after passing the A7 Bridge. After the Hyundai came to a complete stop, two individuals emerged from the embankment on the northside of Interstate 8, ran to the Hyundai and entered the Hyundai. The two individuals were dressed in tan clothing and, after they entered the Hyundai, BPA-I Botello observed as the Hyundai merged back onto the westbound lanes of Interstate 8 and continued traveling towards Calexico.

As the Hyundai passed the Gordons Well Exit, BPA-I Botello activated the emergency lights and sirens of his unmarked service vehicle and initiated a vehicle stop on the Hyundai. The Hyundai slowed down, pulled over and came to a complete stop. BPA-I Botello approached the Hyundai with Border Patrol markings and insignia fully visible and identified himself as a Border Patrol Agent to the driver, later identified as AGUILAR, and the two additional passengers, later identified as Jorge Luis ARELLANES-Quintero (ARELLANES) and Martha PEREZ-Mendez (PEREZ). BPA-I Botello questioned AGUILAR as to his citizenship and AGUILAR admitted he was a citizen of Mexico and was present in the United States illegally. BPA-I A. Botello then questioned ARELLANES and PEREZ as to their citizenship and both admitted to being citizens of Mexico and to being present in the United States illegally. AGUILAR, ARELLANO and PEREZ admitted they made the illegal entry by climbing the border fence in an area other than through a designated Port of Entry. AGUILAR, ARELLANES and PEREZ were placed under arrest and were transported to the Border Patrol Station for processing.

At the Border Patrol Station, AGUILAR stated he understood his rights and was willing to answer questions without the presence of an attorney. AGUILAR stated he is a citizen and national of Mexico. AGUILAR stated he made arrangements with an alien smuggler to cross illegally into the United States. AGUILAR stated he was charged $8,500 to be smuggled into the U.S. and would get a discount if he was willing to work as a driver to pick up illegal aliens on the Interstate near the border. AGUILAR stated he saw the two individuals, a male and female, and honked at them to get inside the Hyundai SUV.

Material Witness ARELLANES-Quintero stated he understood his rights and was willing to answer questions without the presence of an attorney. ARELLANES stated he is a citizen of Mexico without the proper documentation to legally remain in the United States. ARELLANES stated he made smuggling arrangements with an unknown smuggler and he agreed to pay $8,500 USD to be smuggled into the United States.

Material Witness PEREZ-Mendez stated she understood her rights and was willing to answer questions without the presence of an attorney. PEREZ stated she is a citizen of Mexico without the proper documentation to legally remain in the United States. PEREZ stated she made smuggling arrangements with an unknown smuggler and she agreed to pay $8,500 USD to be smuggled into the United States. PEREZ stated her final destination was Los Angeles.

The complainant states the names of the Material Witnesses are as follows:

| NAME | PLACE OF BIRTH |
|---|---|
| Jorge Luis ARELLANES-Quintero | Mexico |
| Martha PEREZ-Mendez | Mexico |

Further, the complainant states that the Material Witnesses are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material; that it is impracticable to secure their attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.